# Court of Appeals
# of the State of Georgia

ATLANTA, December 13, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0017. LESHONE v. RIVERS v. THE STATE.**

The Appellant in the above-styled case has filed a motion pursuant to Court Rule 40 (b) (the motion was first filed in the Supreme Court which transferred the motion to the Court of Appeals) entitled Emergency Motion For Writ Of Supersedeas. Because Appellant has shown no basis in law for a grant of a writ as requested, said Motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/13/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*